IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: LKG 22-118 |
| **JAMES STANCIL** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR MODIFICATION OF RELEASE CONDITIONS**

The Defendant, James Stancil, by and through counsel, Julie M. Reamy, hereby files this Motion for Modification of Release Conditions and states the following in support thereof:

1. Mr. Stancil is charged by way of Indictment with conspiracy to distribute and possess with intent to distribute controlled substances in violation of 21 U.S.C. §846 and two count of distribution of controlled substances in violation of 21 U.S.C. §841.

2. Mr. Stancil was released from detention on May 4, 2022 and ordered to submit to home detention enforced by electronic home monitoring along with other standard conditions.

3. Mr. Stancil has maintained compliance with all release conditions to date.

4. Mr. Stancil is requesting a modification of release conditions that would allow him to leave his residence for up to 4 hours per week as approved by his designated U.S. Pretrial Supervision Agent.

5. U.S. Pretrial Supervision Agent, Nicholas Luko, has no objection to this request.

6. Assistant United States Attorney, Lindsey McCulley, has no objection to this request.

7. WHEREFORE, the Defendant prays that this Court grant his request and issue the attached order modifying his conditions of release.

Respectfully submitted,

/s/ *Julie M. Reamy*
Julie M. Reamy
Federal Bar No. 28232
JULIE M. REAMY | Attorney At Law, LLC
210 Allegheny Avenue, Suite 100
Baltimore, Maryland 21204
Ofc: (410) 605-0000
Fax: (410) 697-4006
Email: juliereamy@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22 day of June 2022, this document was filed with the Clerk of U.S. District Court and a copy served upon, Assistant United States Attorney, Lindsey McCulley. A copy of this filing has been emailed to U.S. Pretrial Supervision Agent, Nicholas Luko.

/s/ *Julie M. Reamy*
Julie M. Reamy