# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: LKG 22-118 |
| JAMES STANCIL | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE

The Defendant, James Stancil, by undersigned counsel, hereby files this Consent Motion for Temporary Modification of his Release Conditions, and states the following in support thereof:

1. On May 4, 2022, Mr. Stancil was arrested on a criminal indictment charging him with violations of 21 U.S.C. §841 and §846.

2. Mr. Stancil had a detention hearing the same day and was released to a third-party custodian with the condition that he submit to home detention enforced by electronic monitoring.

3. Mr. Stancil has maintained complete compliance with all release conditions up to this point.

4. Mr. Stancil would like to attend a Halloween gathering for his daughter and her friends on Sunday, October 30th, between the hours of 4:30 and 9:30 p.m. The gathering will be hosted by his daughter's mother at her residence, which has been provided to Mr. Stancil's supervising agent.

5. Mr. Stancil's assigned pretrial supervision agent, Vicky Adams, has no objection to this request.

6. Assistant United States Attorney, Lindsey McCulley, has no objection to this request.

WHEREFORE, the Defendant respectfully requests that the Court grant his request for a temporary modification of release conditions.

_____/s/_____
Julie M. Reamy
JULIE M. REAMY | Attorney At Law, LLC
115 W. Saratoga Street
Baltimore, Maryland 21201
Telephone: (410) 605-0000
Fax: (410) 697-4006
Email: juliereamy@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October 2022, a PDF version of this Motion was filed electronically via ECF with the Clerk of the United States District Court for the District of Maryland and thereby served upon Assistant U.S. Attorney, Lindsey McCulley.

_____/s/_____
Julie M. Reamy