# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: LKG 22-118 |
| JAMES STANCIL | * | |

* * * * * * * * * * * *

## CONSENT MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE

The Defendant, James Stancil, by undersigned counsel, hereby files this Consent Motion for Temporary Modification of his Release Conditions, and states the following in support thereof:

1. On May 4, 2022, Mr. Stancil was arrested on a criminal indictment charging him with violations of 21 U.S.C. §841 and §846.

2. Mr. Stancil had a detention hearing the same day and was released to a third-party custodian with the condition that he submit to home detention enforced by electronic monitoring.

3. Mr. Stancil would like to attend Thanksgiving with his daughter at his daughter's mother's residence on November 24, 2022 between the hours of 12:00 p.m. and 10:00 p.m. The address of the host has been provided to Mr. Stancil's supervision agent. Mr. Stancil respectfully requests approval to leave his residence during that timeframe.

4. Mr. Stancil's assigned pretrial supervision agent, Vicky Adam, has no objection to this request.

5. Assistant United States Attorney Ariel Evans has no objection to this request.

WHEREFORE, the Defendant respectfully requests that the Court grant his request for a temporary modification of release conditions.

                                             _____/s/_____
Julie M. Reamy
JULIE M. REAMY | Attorney At Law, LLC
115 W. Saratoga Street
Baltimore, Maryland 21201
Telephone: (410) 605-0000
Fax: (410) 697-4006
Email: juliereamy@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22 day of November 2022, a PDF version of this Motion was filed electronically via ECF with the Clerk of the United States District Court for the District of Maryland and thereby served upon Assistant U.S. Attorney Ariel Evans.

                                         _____/s/_____
Julie M. Reamy