IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V | * | CRIMINAL NO. L2G-21-00118 |
| | * | |
| ARTEZ HARRIS, | * | |
| JEROME GROSS, | * | |
| JAMES STANCIL, | * | |
| ROBERT CUMMINGS'KEITH WOMACK, JR. | * | |
| TAVON THORNE, and | * | |
| OMAR COSTELLO | * | |
| | * | |
| **Defendants** | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \*

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland and Kim Y. Oldham, Assistant United States Attorney for said District, moves this Honorable Court to unseal this Indictment. The Government filed a motion to seal the indictment initially and an order was signed sealing the indictment until such time as all of the Defendants were apprehended. There is no further need to seal as all of the defendants have been brought into federal custody and are aware of this Indictment.

Respectfully Submitted,

Erek L. Barron
United States Attorney

*Kim Y. Oldham*
Kim Y. Oldham
Assistant United States Attorney

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V | *   CRIMINAL NO. LKG-22-00118 |
| | * |
| ARTEZ HARRIS, | * |
| JEROME GROSS, | * |
| JAMES STANCIL | * |
| ROBERT CUMMINGS, | * |
| KEITH WOMACK, JR., | * |
| TAVON THORNE, and | * |
| OMAR COSTELLO | * |
| | * |
| | * |
| **Defendants** | * |
| | * |

\* \* \* \* \* \* \* \*

# **O R D E R**

It is this _____ day of December, 2022 hereby

ORDERED, that this Indictment be **UNSEALED**.

_____
A. David Copperthite
United States Magistrate Judge

2